JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRENDY CONTINUE, INC., | ) | Case No. CV 24-9857 FMO (ASx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| JODIFL, INC., | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 27th day of March, 2025.

/s/
Fernando M. Olguin
United States District Judge